UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Paul E. Prince,

Debtor.

Case No.: __16-27621-JNP__

Chapter: __13__

Hearing Date: __1/4/2017__

Judge: __Poslusny__

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Objection to Confirmation of Debtor's Chapter 13 Plan (#20 on the docket)

_____

Date: 1/3/2017                                  /s/ Denise Carlon
                                                Signature

*rev.8/1/15*