**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**RAS Citron, LLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor,
Nationstar Mortgage LLC

Laura Egerman, Esq. (LE-8250)

Order Filed on February 1, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:
Paul E. Prince

Debtor(s)

Case No.: 16-27621-JNP

Chapter 13

Hearing Date: January 4, 2017

Judge: Jerrold N. Poslusny Jr.

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 1, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Paul E. Prince
Case No.: 16-27621-JNP
Caption of Order: **Consent Order Resolving Objection to Confirmation**

THIS MATTER having come before the Court on the Objection filed by Secured Creditor, Nationstar Mortgage LLC on real property address 808 Lincoln Road, Mullica Hill, NJ 08062, through its counsel RAS Citron, LLC and Steven J. Richardson, Esq. representing the debtor, Paul E. Prince, and good cause having been shown; it is

IT IS HEREBY ORDERED as follows:

1. This order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in the herein matter.

2. The amount to be paid to Secured Creditor for pre-petition arrears is $72,932.24.

The undersigned hereby consent to the form and entry of the foregoing order.

| /s/ Steven J. Richardson, Esq. | /s/ Laura Egerman, Esq. |
| --- | --- |
| Steven J. Richardson, Esq. | Laura Egerman, Esq. |
| *Attorney for Debtor* | *Attorney for Secured Creditor* |