**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

**RAS Citron, LLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor,
Nationstar Mortgage LLC

Laura Egerman, Esq. (LE-8250)

Order Filed on February 1, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:
Paul E. Prince

Debtor(s)

Case No.:  16-27621-JNP

Chapter 13

Hearing Date: January 4, 2017

Judge: Jerrold N. Poslusny Jr.

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 1, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Paul E. Prince
Case No.: 16-27621-JNP
Caption of Order: **Consent Order Resolving Objection to Confirmation**

THIS MATTER having come before the Court on the Objection filed by Secured Creditor, Nationstar Mortgage LLC on real property address 808 Lincoln Road, Mullica Hill, NJ 08062, through its counsel RAS Citron, LLC and Steven J. Richardson, Esq. representing the debtor, Paul E. Prince, and good cause having been shown; it is

    IT IS HEREBY ORDERED as follows:

1. This order shall be incorporated in and become a part of any Order Confirming the Chapter 13 Plan in the herein matter.

2. The amount to be paid to Secured Creditor for pre-petition arrears is $72,932.24.

The undersigned hereby consent to the form and entry of the foregoing order.

| | |
|---|---|
| /s/ Steven J. Richardson, Esq. | /s/ Laura Egerman, Esq. |
| Steven J. Richardson, Esq. | Laura Egerman, Esq. |
| *Attorney for Debtor* | *Attorney for Secured Creditor* |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-27621-JNP
Paul E. Prince                                                                            Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 1             Date Rcvd: Feb 01, 2017
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2017.
db             +Paul E. Prince,   808 Lincoln Rd.,   Mullica Hill, NJ 08062-4506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Laura M. Egerman    on behalf of Creditor   NATIONSTAR MORTGAGE LLC legerman@rasnj.com, gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
      Steven J. Richardson    on behalf of Debtor Paul E. Prince ecf@richardsonlawoffices.com
                                                                                                        TOTAL: 5