B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Paul E. Prince                    ,           Case No.  16-27621

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, L.P. | Nationstar Mortgage LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Selene Finance, LP
  9990 Richmond Avenue, Suite 400 South
  Houston, Texas 77042

Phone:  877-768-3759
Last Four Digits of Acct #:      2927

Court Claim # (if known):      3-1
Amount of Claim:      $265,689.58
Date Claim Filed:      11/23/2016

Phone: _____
Last Four Digits of Acct. #:      4779

Name and Address where transferee payments should be sent (if different from above):
  Selene Finance, LP
  9990 Richmond Avenue, Suite 400 South
  Houston, Texas 77042
Phone:  877-768-3759
Last Four Digits of Acct #:      2927

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Gina Gray                           Date:  3-15-17
    Transferee/Transferee's Agent
    **Gina Gray**    **Senior Vice President**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Transfer of Claim was served on Debtor via deposit in the United States Mail at the address listed on PACER as of the date of this filing, and on Debtor's counsel and the Chapter 13 Trustee via electronic notice through CM-ECF.

DEBTOR

Paul E. Prince
808 Lincoln Rd.
Mullica Hill, NJ 08062

JOINT DEBTOR

DEBTORS ATTORNEY

Steven J. Richardson
Law Offices of Steven J. Richardson, PC
40 Newton Ave.
Woodbury, NJ 08096

CHAPTER 13 TRUSTEE

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

By: *Christopher K. Baxter*
Christopher K. Baxter