| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number: 973-575-0707<br>Attorneys for Secured Creditor,<br>Nationstar Mortgage LLC<br><br>Laura M. Egerman, Esq. (LE-8250) | **Order Filed on March 29, 2017**<br>**by Clerk U.S. Bankruptcy Court**<br>**District of New Jersey**<br><br>Case No.: 16-27621-JNP<br><br>Judge: Jerrold N. Poslusny Jr. |
| In Re:<br>Paul E. Prince<br><br>Debtor(s). | Hearing Date:<br><br>Chapter 13 |

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED.**

**DATED: March 29, 2017**

_____

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Paul E. Prince
Case No: 16-27621-JNP
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

---

Applicant:  Nationstar Mortgage LLC
Applicant's Counsel:  RAS Citron, LLC
Debtors' Counsel: Steven J. Richardson, Esq.
Property Involved ("Collateral"):  808 Lincoln Road, Mullica Hill, NJ 08062

Relief sought:         ■ Motion for relief from the automatic stay
                       ☐ Motion to dismiss
                       ☐ Motion for prospective relief to prevent imposition of automatic stay
                         against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1.      Status of post-petition arrearages:

   - The Debtor is overdue for <u>3</u> months, from <u>12/01/2016</u> to <u>02/01/2017</u>.

   - The Debtor is overdue for <u>3</u> payments at $<u>1,529.39</u> per month.

   - Less Funds held in debtor(s) suspense $<u>5.89</u>.

        Total Arrearages Due $<u>4,582.28</u>.

2.      Debtor agrees to make an immediate payment by <u>March 17, 2017</u> to cure the total arrears
        of $<u>4,582.28</u> and the monthly payment due for March of $<u>1,529.39</u> for a total of
        $<u>6,111.67</u>.

3.      Beginning on <u>April 1, 2017</u>, regular monthly mortgage payments shall continue to be
        made in the amount of $<u>1,529.39</u>.

4.      If the Debtor fails to make the immediate payment specified above or fails to make any
        regular monthly payment or the additional monthly cure payment within thirty (30) days
        of the date the payments are due, then the Secured Creditor may obtain an Order
        Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a
        Certification specifying the Debtor's failure to comply with this Order. At the time the
        Certification is filed with the court, a copy of the Certification shall be sent to the Chapter
        13 Trustee, the Debtor, and the Debtor's attorney.

**Page 3**
Debtor: Paul E. Prince
Case No: 16-27621-JNP
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

5.      This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.

6.      Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00 and costs of $181.00. The fees and costs are payable through the Chapter 13 Plan.

The undersigned consent to the terms, conditions and entry of this Order:

By: _____           By: _____
Steven J. Richardson, Esq.                 Laura M. Egerman, Esq.
*Attorney for Debtor*(s)                   *Attorney for Secured Creditor*