| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number: 973-575-0707<br>Attorneys for Secured Creditor,<br>Nationstar Mortgage LLC<br><br>Laura M. Egerman, Esq. (LE-8250) | Order Filed on March 29, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 16-27621-JNP<br><br>Judge: Jerrold N. Poslusny Jr. |
| In Re:<br>Paul E. Prince<br><br>Debtor(s). | Hearing Date:<br><br>Chapter 13 |

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, number two (2) through three (3) is hereby **ORDERED.**

**DATED: March 29, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Paul E. Prince
Case No: 16-27621-JNP
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

Applicant: Nationstar Mortgage LLC
Applicant's Counsel: RAS Citron, LLC
Debtors' Counsel: Steven J. Richardson, Esq.
Property Involved ("Collateral"): 808 Lincoln Road, Mullica Hill, NJ 08062

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:
   - The Debtor is overdue for 3 months, from 12/01/2016 to 02/01/2017.
   - The Debtor is overdue for 3 payments at $1,529.39 per month.
   - Less Funds held in debtor(s) suspense $5.89.

   Total Arrearages Due $4,582.28.

2. Debtor agrees to make an immediate payment by March 17, 2017 to cure the total arrears of $4,582.28 and the monthly payment due for March of $1,529.39 for a total of $6,111.67.

3. Beginning on April 1, 2017, regular monthly mortgage payments shall continue to be made in the amount of $1,529.39.

4. If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

Page 3
Debtor: Paul E. Prince
Case No: 16-27621-JNP
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

5. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.

6. Award of Attorneys' Fees:

   ■ The Applicant is awarded attorney fees of $350.00 and costs of $181.00. The fees and costs are payable through the Chapter 13 Plan.

The undersigned consent to the terms, conditions and entry of this Order:

By: _____  By: _____
Steven J. Richardson, Esq.         Laura M. Egerman, Esq.
*Attorney for Debtor(s)*           *Attorney for Secured Creditor*

United States Bankruptcy Court
District of New Jersey

In re:  
Paul E. Prince  
    Debtor

Case No. 16-27621-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 29, 2017  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.  
db         +Paul E. Prince,    808 Lincoln Rd.,    Mullica Hill, NJ 08062-4506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2017 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Laura M. Egerman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC legerman@rasnj.com, gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com  
         Steven J. Richardson    on behalf of Debtor Paul E. Prince ecf@richardsonlawoffices.com  
                                                                                                                TOTAL: 5