| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>M&T BANK<br>R.A. LEBRON, ESQ.<br>ZBMT145<br>bankruptcy@feinsuch.com | |
| In Re:<br><br>PAUL E. PRINCE<br><br>  Debtor(s). | Case No.:  16-27621 JNP<br><br>Chapter:   13<br><br>Judge:  Hon. Jerrold N. Poslusny, Jr. |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of M&T BANK.  This party is a party in interest in this case pursuant to a mortgage dated July 13, 2007 and recorded in the Office of the GLOUCESTER County Clerk/Register on July 19, 2007 in Mortgage Book 10726, Page 52, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Attorneys for Secured Creditor

_____
R.A. LEBRON, ESQ.

Dated: May 9, 2017

Case No.:  16-27621 JNP             2