**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

IN RE:                                                                             CASE NO.: 16-27621-JNP
                                                                                     CHAPTER 13

**Paul E. Prince,**

   **Debtor.**

_____/

**REQUEST FOR SERVICE OF NOTICES**

    **PLEASE TAKE NOTICE THAT,** on behalf of MTGLQ INVESTORS, L.P. ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, PL**
**ATTN: BANKRUPTCY DEPT.**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                                                RAS Citron, LLC
                                                Authorized Agent for Secured Creditor
                                                130 Clinton Road, Suite 202
                                                Fairfield, NJ 07004
                                                Telephone: 973-575-0707
                                                Facsimile: 973-404-8886
                                                By: /s/Laura Egerman
                                                Laura Egerman, Esquire
                                                Email: legerman@rasnj.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 28, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

STEVEN J. RICHARDSON
LAW OFFICES OF STEVEN J. RICHARDSON, PC
40 NEWTON AVE
WOODBURY, NJ  08096

PAUL E. PRINCE
808 LINCOLN RD.
MULLICA HILL, NJ  08062

ISABEL C. BALBOA
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ  08002

> RAS Citron, LLC
> Authorized Agent for Secured Creditor
> 130 Clinton Road, Suite 202
> Fairfield, NJ 07004
> Telephone: 973-575-0707
> Facsimile: 973-404-8886
> By: /s/Laura Egerman
> Laura Egerman, Esquire
> Email: legerman@rasnj.com