Printed on: 01/12/2018  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2017 to 12/31/2017  
**Case Number: 16-27621 (JNP)**

Paul E. Prince  
808 Lincoln Road  
Mullica Hill, NJ  08062

Monthly Payment: $1,583.76  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/20/2017 | $1,583.76 | 04/10/2017 | $3,167.52 | 06/01/2017 | $1,583.76 | 08/22/2017 | $1,583.76 |
| 08/29/2017 | $4,751.28 | 10/12/2017 | $1,583.76 | 11/07/2017 | $1,583.76 | 11/30/2017 | $1,583.76 |
| 12/19/2017 | $1,583.76 | | | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PAUL E. PRINCE | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STEVEN J. RICHARDSON, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $11,368.45 | $0.00 | $11,368.45 | $0.00 |
| 3 | CAPITAL COLLECTION SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CARECENTRIX | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | DR. ANDREW BLACK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ELMER MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | FINANCIAL RECOVERIES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | INSPIRA HEALTH NETWORK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | INSPIRA HEALTH NETWORK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | INSPIRA HEALTH NETWORK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,493.69 | $0.00 | $1,493.69 | $0.00 |
| 12 | KENNEDY HEALTH SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | M & T BANK | 24 | $1,868.72 | $242.09 | $1,626.63 | $278.57 |
| 14 | MTGLQ INVESTORS, L.P. | 24 | $72,932.24 | $19,445.39 | $53,486.85 | $18,022.46 |
| 15 | ECMC | 33 | $10,427.48 | $0.00 | $10,427.48 | $0.00 |
| 16 | QUALITY ASSET RECOVERY, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | RAS CINTRON, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ROI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | VINELAND MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | STEVEN J. RICHARDSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | DR. GRACE CHUNG | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | OFFICE OF THE PUBLIC DEFENDER | 33 | $1,264.59 | $0.00 | $1,264.59 | $0.00 |
| 25 | CAPITAL ONE BANK USA, N.A. | 33 | $1,869.70 | $0.00 | $1,869.70 | $0.00 |
| 26 | AUDRA FISHER-PRINCE | 33 | $500,000.00 | $0.00 | $500,000.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | MTGLQ INVESTORS, L.P. | 13 | $531.00 | $531.00 | $0.00 | $531.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2016 | 60.00 | $1,583.76 |
| 10/01/2021 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $19,005.12 |
| Total paid to creditors this period: | $18,832.03 |
| Undistributed Funds on Hand: | $1,684.95 |
| Arrearages: | $1,583.76 |
| Attorney: | STEVEN J. RICHARDSON, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**