| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys for Secured Creditor, MTGLQ<br>INVESTORS, L.P.<br><br>Laura Egerman, Esq. (LE-8250) |
| In Re:<br><br>Paul E. Prince,<br><br>Debtor. |

**Order Filed on February 6, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-27621-JNP

Chapter 13

Hearing Date:

Judge: Jerrold N. Poslusny, Jr..

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

DATED: February 6, 2018

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Paul Prince
Case No: 16-27621
Caption of Order**: ORDER VACATING STAY**

_____

Upon the motion of under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute, or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property more fully described as: 808 Lincoln Road, Mulica Hill, NJ  08062

- □ Personal Property more fully described as:

It is further ordered that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.