| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys for Secured Creditor, MTGLQ INVESTORS, L.P.<br><br>Laura Egerman, Esq. (LE-8250) |
| In Re:<br><br>Paul E. Prince,<br><br>Debtor. |

Order Filed on February 6, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-27621-JNP

Chapter 13

Hearing Date:

Judge: Jerrold N. Poslusny, Jr..

**ORDER VACATING STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: February 6, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Paul Prince
Case No: 16-27621
Caption of Order**: ORDER VACATING STAY**

___

Upon the motion of under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute, or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property more fully described as: 808 Lincoln Road, Mulica Hill, NJ 08062
- ☐ Personal Property more fully described as:

It is further ordered that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Paul E. Prince
     Debtor

Case No. 16-27621-JNP
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 | Date Rcvd: Feb 07, 2018 |
|---|---|---|---|
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2018.
db         +Paul E. Prince,   808 Lincoln Rd.,   Mullica Hill, NJ 08062-4506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2018 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
        Laura M. Egerman   on behalf of Creditor   MTGLQ Investors, LP bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;legerman@rasnj.com
        Laura M. Egerman   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;legerman@rasnj.com
        R. A. Lebron   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC AS ATTORNEY IN FACT FOR M&T
         BANK bankruptcy@feinsuch.com
        R. A. Lebron   on behalf of Creditor   M&T BANK bankruptcy@feinsuch.com
        Steven J. Richardson   on behalf of Debtor Paul E. Prince ecf@richardsonlawoffices.com
                                                                                                TOTAL: 8