| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor,<br>MTGLQ Investors, L.P.<br><br>Laura M. Egerman, Esq. (LE-8250) | Order Filed on March 9, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>PAUL E. PRINCE,<br><br>Debtors. | Case No.: 16-27621-JNP<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: Jerrold N. Poslusny, Jr. |

## CONSENT ORDER REINMPOSING THE AUTOMATIC STY AND RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 9, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

THIS MATTER having come before the Court on the Certification of Default (the "COD") of Selene Finance, LP as servicer for MTGLQ INVESTORS, L.P. ("Secured Creditor") by and through its counsel, RAS Citron, LLC, as to the real property commonly known as 808 Lincoln Road, Mullica Hill, New Jersey 08062 (the "Property"), and the Debtor, by and through his counsel Steven J. Richardson, Esq., having opposed the COD; and the parties agreeing to the entry of the Order resolving the COD, and for good cause shown; it is ORDERED AND DECREES as follows:

IT IS HEREBY ORDERED as follows:

1. The automatic stay, vacated by Order entered February 6, 2018, is hereby REINSTATED as to the Property

2. The Debtor is due for the February, 2018 payment in the amount of $1,529.39. Debtor shall cure the default by making the February payment on or before February 28, 2018.

3. Debtor shall resume making regular monthly mortgage payments of $1,529.39 on March 1, 2018.

4. If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Steven J. Richardson, Esquire
*Attorney for Debtor*

_____
Laura M. Egerman, Esq.
*Attorney for Secured Creditor*