| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | Order Filed on March 9, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| **RAS Citron, LLC** 130 Clinton Road, Suite 202 Fairfield, NJ 07004 Telephone Number 973-575-0707 Attorneys For Secured Creditor, MTGLQ Investors, L.P. Laura M. Egerman, Esq. (LE-8250) | |
| In Re: PAUL E. PRINCE, Debtors. | Case No.: 16-27621-JNP Chapter 13 Hearing Date: Judge: Jerrold N. Poslusny, Jr. |

### CONSENT ORDER REINMPOSING THE AUTOMATIC STY AND RESOLVING SECURED CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 9, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on the Certification of Default (the "COD") of Selene Finance, LP as servicer for MTGLQ INVESTORS, L.P. ("Secured Creditor") by and through its counsel, RAS Citron, LLC, as to the real property commonly known as 808 Lincoln Road, Mullica Hill, New Jersey 08062 (the "Property"), and the Debtor, by and through his counsel Steven J. Richardson, Esq., having opposed the COD; and the parties agreeing to the entry of the Order resolving the COD, and for good cause shown; it is ORDERED AND DECREES as follows:

IT IS HEREBY ORDERED as follows:

1. The automatic stay, vacated by Order entered February 6, 2018, is hereby REINSTATED as to the Property

2. The Debtor is due for the February, 2018 payment in the amount of $1,529.39. Debtor shall cure the default by making the February payment on or before February 28, 2018.

3. Debtor shall resume making regular monthly mortgage payments of $1,529.39 on March 1, 2018.

4. If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Steven J. Richardson, Esquire
*Attorney for Debtor*

_____
Laura M. Egerman, Esq.
*Attorney for Secured Creditor*

United States Bankruptcy Court
District of New Jersey

In re:  
Paul E. Prince  
    Debtor

Case No. 16-27621-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 09, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2018.  
db         +Paul E. Prince,    808 Lincoln Rd.,    Mullica Hill, NJ 08062-4506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                      TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Laura M. Egerman    on behalf of Creditor    MTGLQ Investors, LP bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC AS ATTORNEY IN FACT FOR M&T BANK bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    M&T BANK bankruptcy@feinsuch.com
          Steven J. Richardson    on behalf of Debtor Paul E. Prince ecf@richardsonlawoffices.com
                                                                                                                 TOTAL: 8