| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY Caption in Compliance with D.N.J. LBR 9004-2(c) |
|---|
| Steven J. Richardson, Esq. (SR2697) Law Offices of Steven J. Richardson, PC 40 Newton Ave. Woodbury, New Jersey 08096 (856) 686-9910 Attorneys for Debtors |

In Re:

Paul E. Prince

Case No.: __16-27621__

Adv. No.: _____

Hearing Date: _____

Judge: __JNP__

## CERTIFICATION OF SERVICE

1. I, __Steven J. Richardson, Esq.__ :

    ☑ represent the __debtor__ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On __May 30, 2018__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Order Reinstating Case

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __May 30, 2018__

/s/ Steven J. Richardson, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>One Newark Center - Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Ms. Isabel C. Balboa, Esq.<br>Cherry Tree Corporate Center<br>535 Rte. 38 – Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mr. Jeffrey P. Fritz, Esq.<br>Soloff & Zervanos<br>457 Haddonfield Rd. - Suite 540<br>Cherry Hill, NJ 08002<br><br>Attorney for Audra Fischer-Prince | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| M & T Bank<br>PO Box 840<br>Buffalo, NY 14240-0840 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| FEIN, SUCH, KAHN & SHEPARD<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br><br>Attorneys for M&T Bank | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Ms. Laura Egerman, Esq.<br>RAS Citron, LLC<br>130 Clinton Rd. - Suite 202<br>Fairfield, NJ 07004<br><br>Attorney for MTGLQ Investors/Nationstar Bank | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Atlantic City Electric<br>5 Collins Drive - Suite 2133<br>Mail Stop 84CP42<br>Carneys Point, NJ 08069 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One Bank<br>PO Box 71083<br>Charlotte, NC  28272 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Jefferson Capital Systems, LLC<br>PO Box 7999<br>St. Cloud, MN  56302 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Office of the Public Defender<br>25 Market St.<br>Trenton, NJ  08625 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| ECMC<br>PO Box 16408<br>St. Paul, MN  55116 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*new.3/15/12*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Apex Asset<br>2501 Oregon Pike<br>Lancaster, PA 17601 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Dr. Andrew Black<br>303 Main Street<br>Woodstown, NJ 08098 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Carecentrix<br>Patient Billing<br>9119 Corporate Lake Drive<br>Tampa, FL 33634 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Dr. Grace U. Chung<br>17 W. Red Bank Ave. - Suite 205<br>Woodbury, NJ 08096 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Elmer Medical Center<br>501 W. Front Street<br>Elmer, NJ 08318 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Inspira Health Network<br>333 Irving Ave.<br>Bridgeton, NJ 08302 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Inspira Medical Center Woodbury, Inc.<br>PO Box 95000-7130<br>Philadelphia, PA 19195-7130 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Inspira Medical Group<br>1120 Delsea Drive<br>Glassboro, NJ 08028 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kennedy Health System<br>PO Box 48023<br>Newark, NJ 07107 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| M & T Bank<br>PO Box 1288<br>Buffalo, NY 14240 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Quality Asset Recovery<br>7 Foster Ave. - Suite 101<br>Gibbsboro, NJ 08026 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Vineland Medical Center<br>1505 Sherman Ave.<br>Vineland, NJ 08360 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |