UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven J. Richardson, Esq. (SR2697)
Law Offices of Steven J. Richardson, PC
40 Newton Ave.
Woodbury, New Jersey  08096
(856) 686-9910
Attorneys for Debtor

Order Filed on July 5, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Paul E. Prince

Case No.: 16-27621

Chapter: 13

Judge: JNP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 5, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Steven J. Richardson, Esq._____, the applicant, is allowed a fee of $ _____1,400_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1,400_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,623.65_____ per month for _____39_____ months to allow for payment of the above fee.

*rev.8/1/15*