Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  16–27621–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Paul E. Prince
    808 Lincoln Rd.
    Mullica Hill, NJ 08062
Social Security No.:
    xxx–xx–5561
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/26/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 26, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-27621-JNP
Paul E. Prince                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Jul 26, 2019
                             Form ID: 148          Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
```
db            +Paul E. Prince,   808 Lincoln Rd.,   Mullica Hill, NJ 08062-4506
cr            +MTGLQ Investors, LP,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue,   Suite 100,
               Boca Raton, FL 33487-2853
516391383    ++ALANTIC CITY ELECTRIC,   BANKRUPTCY DEPARTMENT MAIL STOP 84CP42,   5 COLLINS DRIVE SUITE 2133,
               CARNEYS POINT NJ 08069-3600
              (address filed with court: Atlantic City Electric,   PO Box 231,   Wilmington, DE 19899)
516391382    +Apex Asset,   2501 Oregon Pike,   Lancaster, PA 17601-4890
516506768    +Audra Fischer-Prince,   c/o Jeffrey P. Fritz , Esq.,   Soloff & Zervanos,
               457 Haddonfield Rd. - Suite 540,   Cherry Hill, NJ 08002-2220
516424252    +Bayview Loan Servicing, LLC,   c/o McCALLA RAYMER PIERCE, LLC,   Bankruptcy Department,
               1544 Old Alabama Road,   Roswell, GA 30076-2102
516391386    +Carecentrix,   Patient Billing,   9119 Corporate Lake Drive,   Tampa, FL 33634-2380
516391384     Dr. Andrew Black,   303 Main Street,   Woodstown, NJ 08098
516491534    +Dr. Grace U. Chung,   17 W. Red Bank Ave. - Suite 205,   Woodbury, NJ 08096-1630
516820102     Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN 55116-0408
516820103     Educational Credit Management Corporation,   P.O. Box 16408,   St. Paul, MN 55116-0408,
               Educational Credit Management Corporatio,   P.O. Box 16408,   St. Paul, MN 55116-0408
516391387    +Elmer Medical Center,   501 W. Front Street,   Elmer, NJ 08318-2101
516391388    +Financial Recoveries,   PO Box 1388,   Mount Laurel, NJ 08054-7388
516491537    +Grimley Financial Corp.,   30 Washington Ave. - Suite C6,   Haddonfield, NJ 08033-3341
516391389    +Inspira Health Network,   333 Irving Ave.,   Bridgeton, NJ 08302-2123
516391390     Inspira Medical Center Woodbury, Inc.,   PO Box 95000-7130,   Philadelphia, PA 19195-7130
516391391    +Inspira Medical Group,   1120 Delsea Drive,   Glassboro, NJ 08028-1444
516391393    +Kennedy Health System,   PO Box 48023,   Newark, NJ 07101-4823
516453480     M&T BANK,   KML Law Group PC,   Sentry Office Plaza,   216 Haddon Avenue, Suite 206,
               Westmont, NJ 08108
516821650    +M&T BANK,   Fein Such Kahn & Shepard, PC,   7 Century Drive, Suite 201,
               Parsippany, NJ 07054-4673
517033058    +MTGLQ Investors, L.P.,   c/o Robertson, Anschutz & Schneid, P.L.,   Bankruptcy Department,
               6409 Congress Avenue,   Suite 100,   Boca Raton, FL 33487-2853
518237678    +MTGLQ Investors, LP,   c/o Rushmore Loan Management Services,   P.O. Box 55004,
               Irvine, CA 92619-5004
518237679    +MTGLQ Investors, LP,   c/o Rushmore Loan Management Services,   P.O. Box 55004,
               Irvine, CA 92619,   MTGLQ Investors, LP,   c/o Rushmore Loan Management Services 92619-5004
516491535    +Ms. Audra Fischer-Prince,   c/o Jeffrey P. Fritz, Esq.,   Soloff & Zervanos,
               457 Haddonfield Rd. - Suite 540,   Cherry Hill, NJ 08002-2220
516407519    +NATIONSTAR MORTGAGE LLC,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave., Suite 100,
               Boca Raton, FL 33487-2853
516519434    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,   PO Box 619096,   Dallas, TX 75261-9741)
516391395    +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
516515359    +Nationstar Mortgage LLC,   PO BOX 619094,   Dallas, TX 75261-9094
516569207    +Office of the Public Defender,   25 Market Street,   Trenton, NJ 08611-2148
516491536    +Office of the Public Defender,   Lien Section,   PO Box 306,   Trenton, NJ 08625-0306
516391396     PHEAA,   1200 North Seventh Street,   Harrisburg, PA 17102-1444
516436160    +PHEAA,   PO BOX 8147,   HARRISBURG PA 17105-8147
516391397    +Quality Asset Recovery,   7 Foster Ave. - Suite 101,   Gibbsboro, NJ 08026-1191
516391398    +RAS Citron Law Offices,   130 Clinton Rd. - Suite 202,   Fairfield, NJ 07004-2927
516391399    +Roi,   Po Box 549,   Timonium, MD 21094-0549
516391400    +Vineland Medical Center,   1505 Sherman Ave.,   Vineland, NJ 08360-7059
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2019 01:09:12    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2019 01:09:07    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516418088     E-mail/Text: bankruptcy@pepcoholdings.com Jul 27 2019 01:08:39
               Atlantic City Electric Company,   Pepco Holdings, Inc.,
               Bankruptcy Division, Mail Stop 84CP42,   5 Collins Drive, Suite 2133,
               Carneys Point, NJ  08069-3600
516391385     E-mail/Text: clientrep@capitalcollects.com Jul 27 2019 01:10:15    Capital Collection Service,
               PO Box 150,   West Berlin, NJ 08091
516491533    +EDI: CAPITALONE.COM Jul 27 2019 04:28:00    Capital One,   PO Box 85619,
               Richmond, VA 23285-5619
516570565     EDI: CAPITALONE.COM Jul 27 2019 04:28:00    Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
516820102     EDI: ECMC.COM Jul 27 2019 04:28:00    Educational Credit Management Corporation,
               P.O. Box 16408,   St. Paul, MN 55116-0408
516820103     EDI: ECMC.COM Jul 27 2019 04:28:00    Educational Credit Management Corporation,
               P.O. Box 16408,   St. Paul, MN 55116-0408,   Educational Credit Management Corporatio,
               P.O. Box 16408,   St. Paul, MN 55116-0408
516560383     EDI: JEFFERSONCAP.COM Jul 27 2019 04:28:00    Jefferson Capital Systems LLC,   Po Box 7999,
               Saint Cloud Mn 56302-9617
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jul 26, 2019
                              Form ID: 148             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
516391392        EDI: JEFFERSONCAP.COM Jul 27 2019 04:28:00      Jefferson Capital Systems, LLC,   16 Mcleland Rd,
                 Saint Cloud, MN 56303
516391394        E-mail/Text: camanagement@mtb.com Jul 27 2019 01:08:41      M & T Bank,   PO Box 1288,
                 Buffalo, NY 14240
516538742        E-mail/Text: camanagement@mtb.com Jul 27 2019 01:08:41      M&T Bank,   PO Box 840,
                 Buffalo, NY  14240-0840
516705319       +E-mail/Text: bkteam@selenefinance.com Jul 27 2019 01:08:23      MTGLQ Investors, L.P.,
                 c/o Selene Finance LP,   9990 Richmond Avenue,   Suite 400 South,   Houston, TX 77042,
                 MTGLQ Investors, L.P. 77042-4546
516705318       +E-mail/Text: bkteam@selenefinance.com Jul 27 2019 01:08:23      MTGLQ Investors, L.P.,
                 c/o Selene Finance LP,   9990 Richmond Avenue,   Suite 400 South,   Houston, TX 77042-4546
516397802        EDI: RMSC.COM Jul 27 2019 04:28:00      Synchrony Bank,
                 c/o Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                        TOTAL: 15


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +NATIONSTAR MORTGAGE LLC,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2019 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
              summarymail@standingtrustee.com
              Laura M. Egerman   on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,
              bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman   on behalf of Creditor    MTGLQ Investors, LP bkyecf@rasflaw.com,
              bkyecf@rasflaw.com;legerman@rasnj.com
              Matthew Siti   on behalf of Creditor    MTGLQ Investors, LP msiti@leopoldassociates.com,
              kmcculloughday@leopoldassociates.com;mmorais@leopoldassociates.com;jmilanese@leopoldassociates.co
              m;sleopold@leopoldassociates.com
              R. A. Lebron   on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC AS ATTORNEY IN FACT FOR M&T
              BANK bankruptcy@feinsuch.com
              R. A. Lebron   on behalf of Creditor    M&T BANK bankruptcy@feinsuch.com
              Steven J. Richardson   on behalf of Debtor Paul E. Prince ecf@richardsonlawoffices.com
                                                                                          TOTAL: 9