UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on May 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.:

Adv. No.:

Hearing Date:

Judge:

**Order to Suspend Trustee Payments**

The relief set forth on the following pages, numbered two (2) through _____ is
hereby **ORDERED**.

**DATED: May 20, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Paul E. Prince |
| Case No.: | 16-27621 |
| Caption of Order: | Order to Suspend Trustee Payments |

This matter being brought before the court by Steven J. Richardson, Esq., attorney for the debtor in the above-captioned matter, and upon due consideration of the papers and proofs submitted, and for good cause shown, it is hereby;

ORDERED THAT payments due under the debtor Paul E. Prince's Chapter 13 Plan for the months of March through August, 2020, be suspended; and

IT IS FURTHER ORDERED THAT the debtor Paul E. Prince file a Modified Chapter 13 Plan by August 30, 2020, curing any arrears due to the trustee.