| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Steven J. Richardson, Esq. (SR2697) <br> Law Offices of Steven J. Richardson, PC <br> 40 Newton Ave. <br> Woodbury, New Jersey  08096 <br> (856) 686-9910 <br> Attorneys for Debtor | |

Order Filed on May 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: <br><br> Paul E. Prince | Case No.: | 16-27621 |
|---|---|---|
| | Adv. No.: | |
| | Hearing Date: | May 19, 2020 |
| | Judge: | Jerrold N. Poslusny |

### Order to Suspend Trustee Payments

The relief set forth on the following pages, numbered two (2) through \_\_\_\_\_2\_\_\_\_\_ is hereby **ORDERED**.

**DATED: May 20, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor:          Paul E. Prince

Case No.:        16-27621

Caption of Order:    Order to Suspend Trustee Payments

This matter being brought before the court by Steven J. Richardson, Esq., attorney for the debtor in the above-captioned matter, and upon due consideration of the papers and proofs submitted, and for good cause shown, it is hereby;

ORDERED THAT payments due under the debtor Paul E. Prince's Chapter 13 Plan for the months of March through August, 2020, be suspended; and

IT IS FURTHER ORDERED THAT the debtor Paul E. Prince file a Modified Chapter 13 Plan by August 30, 2020, curing any arrears due to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Paul E. Prince  
      Debtor

Case No. 16-27621-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: May 20, 2020  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2020.  
db         +Paul E. Prince,   808 Lincoln Rd.,   Mullica Hill, NJ 08062-4506

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2020 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Laura M. Egerman   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Laura M. Egerman   on behalf of Creditor   MTGLQ Investors, LP bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Matthew Siti   on behalf of Creditor   MTGLQ Investors, LP msiti@leopoldassociates.com, LeopoldAssociatesNJX6426@projects.filevine.com;jmilanese@leopoldassociates.com;sleopold@leopoldassociates.com  
        R. A. Lebron   on behalf of Creditor   M&T BANK bankruptcy@feinsuch.com  
        R. A. Lebron   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC AS ATTORNEY IN FACT FOR M&T BANK bankruptcy@feinsuch.com  
        Steven J. Richardson   on behalf of Debtor Paul E. Prince ecf@richardsonlawoffices.com

                                                                                   TOTAL: 9