Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−27621−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Paul E. Prince
  808 Lincoln Rd.
  Mullica Hill, NJ 08062

Social Security No.:
  xxx−xx−5561

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 6, 2017.

On 8/27/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:             October 7, 2020
Time:             09:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 27, 2020
JAN: kaj

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                            Case No. 16-27621-JNP
Paul E. Prince                                                    Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2         Date Rcvd: Aug 27, 2020
                              Form ID: 185                Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
db             +Paul E. Prince,    808 Lincoln Rd.,    Mullica Hill, NJ 08062-4506
cr             +MTGLQ Investors, LP,    Robertson, Anschutz & Schneid, P.L.,     6409 Congress Avenue,    Suite 100,
                 Boca Raton, FL 33487-2853
516391383     ++ALANTIC CITY ELECTRIC,    BANKRUPTCY DEPARTMENT MAIL STOP 84CP42,     5 COLLINS DRIVE SUITE 2133,
                 CARNEYS POINT NJ 08069-3600
               (address filed with court:    Atlantic City Electric,     PO Box 231,    Wilmington, DE 19899)
516391382      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
516506768      +Audra Fischer-Prince,    c/o Jeffrey P. Fritz , Esq.,     Soloff & Zervanos,
                 457 Haddonfield Rd. - Suite 540,     Cherry Hill, NJ 08002-2220
516424252      +Bayview Loan Servicing, LLC,    c/o McCALLA RAYMER PIERCE, LLC,     Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
516391386      +Carecentrix,    Patient Billing,    9119 Corporate Lake Drive,    Tampa, FL 33634-2380
516391384       Dr. Andrew Black,    303 Main Street,    Woodstown, NJ 08098
516491534      +Dr. Grace U. Chung,    17 W. Red Bank Ave. - Suite 205,     Woodbury, NJ 08096-1630
516820102       Educational Credit Management Corporation,     P.O. Box 16408,    St. Paul, MN 55116-0408
516820103       Educational Credit Management Corporation,     P.O. Box 16408,    St. Paul, MN 55116-0408,
                 Educational Credit Management Corporatio,     P.O. Box 16408,    St. Paul, MN 55116-0408
516391387      +Elmer Medical Center,    501 W. Front Street,    Elmer, NJ 08318-2101
516391388      +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
516491537      +Grimley Financial Corp.,    30 Washington Ave. - Suite C6,     Haddonfield, NJ 08033-3341
516391389      +Inspira Health Network,    333 Irving Ave.,    Bridgeton, NJ 08302-2123
516391390       Inspira Medical Center Woodbury, Inc.,     PO Box 95000-7130,    Philadelphia, PA 19195-7130
516391391      +Inspira Medical Group,    1120 Delsea Drive,    Glassboro, NJ 08028-1444
516391393      +Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
516821650      +M&T BANK,    Fein Such Kahn & Shepard, PC,    7 Century Drive, Suite 201,
                 Parsippany, NJ 07054-4673
516453480       M&T BANK,    KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue, Suite 206,
                 Westmont, NJ 08108
517033058      +MTGLQ Investors, L.P.,    c/o Robertson, Anschutz & Schneid, P.L.,     Bankruptcy Department,
                 6409 Congress Avenue,    Suite 100,    Boca Raton, FL 33487-2853
518237678      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,     P.O. Box 55004,
                 Irvine, CA 92619-5004
518237679      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,     P.O. Box 55004,
                 Irvine, CA 92619,    MTGLQ Investors, LP,    c/o Rushmore Loan Management Services 92619-5004
516491535      +Ms. Audra Fischer-Prince,    c/o Jeffrey P. Fritz, Esq.,     Soloff & Zervanos,
                 457 Haddonfield Rd. - Suite 540,     Cherry Hill, NJ 08002-2220
516407519      +NATIONSTAR MORTGAGE LLC,    Robertson, Anschutz & Schneid, P.L.,     6409 Congress Ave., Suite 100,
                 Boca Raton, FL 33487-2853
516519434     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:    Nationstar Mortgage LLC,     PO Box 619096,    Dallas, TX  75261-9741)
516391395      +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,     Coppell, TX 75019-4620
516515359      +Nationstar Mortgage LLC,    PO BOX 619094,    Dallas, TX 75261-9094
516569207      +Office of the Public Defender,    25 Market Street,    Trenton, NJ 08611-2148
516491536      +Office of the Public Defender,    Lien Section,    PO Box 306,    Trenton, NJ 08625-0306
516391396       PHEAA,    1200 North Seventh Street,    Harrisburg, PA 17102-1444
516436150      +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
516391397      +Quality Asset Recovery,    7 Foster Ave. - Suite 101,    Gibbsboro, NJ 08026-1191
516391398      +RAS Citron Law Offices,    130 Clinton Rd. - Suite 202,     Fairfield, NJ 07004-2927
516391399      +Roi,    Po Box 549,    Timonium, MD 21094-0549
516391400      +Vineland Medical Center,    1505 Sherman Ave.,    Vineland, NJ 08360-7059

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2020 00:08:30       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2020 00:08:27       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516418088       E-mail/Text: bankruptcy@pepcoholdings.com Aug 28 2020 00:08:07
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,     5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
516391385      +E-mail/Text: clientrep@capitalcollects.com Aug 28 2020 00:09:03       Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
516491533      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2020 00:14:07       Capital One,
                 PO Box 85619,    Richmond, VA 23285-5619
516570565       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2020 00:13:23
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516560383       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 28 2020 00:08:36       Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
516391392       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 28 2020 00:08:36       Jefferson Capital Systems, LLC,
                 16 Mceland Rd,    Saint Cloud, MN 56303
516391394       E-mail/Text: camanagement@mtb.com Aug 28 2020 00:08:11     M & T Bank,     PO Box 1288,
                 Buffalo, NY 14240
```

```
District/off: 0312-1                  User: admin                    Page 2 of 2                  Date Rcvd: Aug 27, 2020
                                      Form ID: 185                   Total Noticed: 49


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516538742          E-mail/Text: camanagement@mtb.com Aug 28 2020 00:08:11      M&T Bank,    PO Box 840,
                    Buffalo, NY 14240-0840
516705319         +E-mail/Text: bkteam@selenefinance.com Aug 28 2020 00:07:58       MTGLQ Investors, L.P.,
                    c/o Selene Finance LP,    9990 Richmond Avenue,    Suite 400 South,    Houston, TX 77042,
                    MTGLQ Investors, L.P. 77042-4546
516705318         +E-mail/Text: bkteam@selenefinance.com Aug 28 2020 00:07:58       MTGLQ Investors, L.P.,
                    c/o Selene Finance LP,    9990 Richmond Avenue,    Suite 400 South,    Houston, TX 77042-4546
516397802          E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2020 00:13:13       Synchrony Bank,
                    c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                    Miami, FL 33131-1605
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +NATIONSTAR MORTGAGE LLC,    Robertson, Anschutz & Schneid, P.L.,
                   6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    MTGLQ Investors, LP hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Laura M. Egerman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    MTGLQ Investors, LP bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Matthew Siti    on behalf of Creditor    MTGLQ Investors, LP msiti@leopoldassociates.com,
               LeopoldAssociatesNJX6426@projects.filevine.com;jmilanese@leopoldassociates.com;sleopold@leopoldas
               sociates.com
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC AS ATTORNEY IN FACT FOR M&T
               BANK bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    M&T BANK bankruptcy@feinsuch.com
              Steven J. Richardson    on behalf of Debtor Paul E. Prince ecf@richardsonlawoffices.com,
               8505@notices.nextchapterbk.com
                                                                                               TOTAL: 10
```