Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 16–27621–JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul E. Prince
   808 Lincoln Rd.
   Mullica Hill, NJ 08062

Social Security No.:
   xxx–xx–5561

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on January 6, 2017.

    On 12/7/2020 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              January 20, 2021
Time:             09:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 8, 2020
JAN: kaj

                                                                             Jeanne Naughton
                                                                             Clerk