Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−27621−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul E. Prince
   808 Lincoln Rd.
   Mullica Hill, NJ 08062

Social Security No.:
   xxx−xx−5561

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 6, 2017.

On 12/7/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              January 20, 2021
Time:              09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 8, 2020
JAN: kaj

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-27621-JNP |
| Paul E. Prince | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 08, 2020 | Form ID: 185 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul E. Prince, 808 Lincoln Rd., Mullica Hill, NJ 08062-4506 |
| cr | + | MTGLQ Investors, LP, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516391383 | ++ | ALANTIC CITY ELECTRIC, BANKRUPTCY DEPARTMENT MAIL STOP 84CP42, 5 COLLINS DRIVE SUITE 2133, CARNEYS POINT NJ 08069-3600 address filed with court:, Atlantic City Electric, PO Box 231, Wilmington, DE 19899 |
| 516391382 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516506768 | + | Audra Fischer-Prince, c/o Jeffrey P. Fritz , Esq., Soloff & Zervanos, 457 Haddonfield Rd. - Suite 540, Cherry Hill, NJ 08002-2220 |
| 516424252 | + | Bayview Loan Servicing, LLC, c/o McCALLA RAYMER PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 516391386 | + | Carecentrix, Patient Billing, 9119 Corporate Lake Drive, Tampa, FL 33634-2380 |
| 516391384 | | Dr. Andrew Black, 303 Main Street, Woodstown, NJ 08098 |
| 516491534 | + | Dr. Grace U. Chung, 17 W. Red Bank Ave. - Suite 205, Woodbury, NJ 08096-1630 |
| 516820102 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 516820103 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408 St. Paul, MN 55116-0408 |
| 516391387 | + | Elmer Medical Center, 501 W. Front Street, Elmer, NJ 08318-2101 |
| 516391388 | + | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 516491537 | + | Grimley Financial Corp., 30 Washington Ave. - Suite C6, Haddonfield, NJ 08033-3341 |
| 516391389 | + | Inspira Health Network, 333 Irving Ave., Bridgeton, NJ 08302-2123 |
| 516391390 | | Inspira Medical Center Woodbury, Inc., PO Box 95000-7130, Philadelphia, PA 19195-7130 |
| 516391391 | + | Inspira Medical Group, 1120 Delsea Drive, Glassboro, NJ 08028-1444 |
| 516391393 | + | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 516821650 | + | M&T BANK, Fein Such Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 516453480 | | M&T BANK, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 517033058 | + | MTGLQ Investors, L.P., c/o Robertson, Anschutz & Schneid, P.L., Bankruptcy Department, 6409 Congress Avenue, Suite 100 Boca Raton, FL 33487-2853 |
| 518237678 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518237679 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619, MTGLQ Investors, LP c/o Rushmore Loan Management Services 92619-5004 |
| 516491535 | + | Ms. Audra Fischer-Prince, c/o Jeffrey P. Fritz, Esq., Soloff & Zervanos, 457 Haddonfield Rd. - Suite 540, Cherry Hill, NJ 08002-2220 |
| 516407519 | + | NATIONSTAR MORTGAGE LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 516519434 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 516391395 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 516515359 | + | Nationstar Mortgage LLC, PO BOX 619094, Dallas, TX 75261-9094 |
| 516569207 | + | Office of the Public Defender, 25 Market Street, Trenton, NJ 08611-2148 |
| 516491536 | + | Office of the Public Defender, Lien Section, PO Box 306, Trenton, NJ 08625-0306 |
| 516391396 | | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 516436150 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 516391397 | + | Quality Asset Recovery, 7 Foster Ave. - Suite 101, Gibbsboro, NJ 08026-1191 |
| 516391398 | + | RAS Citron Law Offices, 130 Clinton Rd. - Suite 202, Fairfield, NJ 07004-2927 |
| 516391399 | + | Roi, Po Box 549, Timonium, MD 21094-0549 |
| 516391400 | + | Vineland Medical Center, 1505 Sherman Ave., Vineland, NJ 08360-7059 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 08 2020 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 08 2020 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516418088 | Email/Text: bankruptcy@pepcoholdings.com | Dec 08 2020 21:42:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516391385 | + Email/Text: clientrep@capitalcollects.com | Dec 08 2020 21:43:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 516491533 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 08 2020 21:52:50 | Capital One, PO Box 85619, Richmond, VA 23285-5619 |
| 516570565 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 08 2020 21:53:33 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516560383 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 08 2020 21:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516391392 | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 08 2020 21:43:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 516391394 | Email/Text: camanagement@mtb.com | Dec 08 2020 21:42:00 | M & T Bank, PO Box 1288, Buffalo, NY 14240 |
| 516538742 | Email/Text: camanagement@mtb.com | Dec 08 2020 21:42:00 | M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 516705319 | + Email/Text: bkteam@selenefinance.com | Dec 08 2020 21:42:00 | MTGLQ Investors, L.P., c/o Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042, MTGLQ Investors, L.P. 77042-4546 |
| 516705318 | + Email/Text: bkteam@selenefinance.com | Dec 08 2020 21:42:00 | MTGLQ Investors, L.P., c/o Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 516397802 | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2020 21:53:29 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | NATIONSTAR MORTGAGE LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 08, 2020 | Form ID: 185 | Total Noticed: 49 |
| Date: Dec 10, 2020 | Signature:    /s/Joseph Speetjens | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:**

**Name**         **Email Address**

Denise E. Carlon
    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Creditor MTGLQ Investors  LP hkaplan@rasnj.com, informationathnk@aol.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Laura M. Egerman
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

Laura M. Egerman
    on behalf of Creditor MTGLQ Investors  LP bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

Matthew Siti
    on behalf of Creditor MTGLQ Investors  LP msiti@leopoldassociates.com, LeopoldAssociatesNJX6426@projects.filevine.com;jmilanese@leopoldassociates.com;sleopold@leopoldassociates.com

R. A. Lebron
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC AS ATTORNEY IN FACT FOR M&T BANK bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor M&T BANK bankruptcy@fskslaw.com

Steven J. Richardson
    on behalf of Debtor Paul E. Prince ecf@richardsonlawoffices.com  8505@notices.nextchapterbk.com

TOTAL: 10