Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−27621−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Paul E. Prince
  808 Lincoln Rd.
  Mullica Hill, NJ 08062

Social Security No.:
  xxx−xx−5561

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 17, 2021.

Dated: March 17, 2021
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 16-27621-JNP |
|---|---|
| Paul E. Prince | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2021 | Form ID: plncf13 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul E. Prince, 808 Lincoln Rd., Mullica Hill, NJ 08062-4506 |
| cr | + | MTGLQ Investors, LP, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 516391383 | ++ | ALANTIC CITY ELECTRIC, BANKRUPTCY DEPARTMENT MAIL STOP 84CP42, 5 COLLINS DRIVE SUITE 2133, CARNEYS POINT NJ 08069-3600 address filed with court:, Atlantic City Electric, PO Box 231, Wilmington, DE 19899 |
| 516391382 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 516506768 | + | Audra Fischer-Prince, c/o Jeffrey P. Fritz , Esq., Soloff & Zervanos, 457 Haddonfield Rd. - Suite 540, Cherry Hill, NJ 08002-2220 |
| 516424252 | + | Bayview Loan Servicing, LLC, c/o McCALLA RAYMER PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 516391386 | + | Carecentrix, Patient Billing, 9119 Corporate Lake Drive, Tampa, FL 33634-2380 |
| 516391384 | | Dr. Andrew Black, 303 Main Street, Woodstown, NJ 08098 |
| 516491534 | + | Dr. Grace U. Chung, 17 W. Red Bank Ave. - Suite 205, Woodbury, NJ 08096-1630 |
| 516820102 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 516820103 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408 St. Paul, MN 55116-0408 |
| 516391387 | + | Elmer Medical Center, 501 W. Front Street, Elmer, NJ 08318-2101 |
| 516391388 | + | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 516491537 | + | Grimley Financial Corp., 30 Washington Ave. - Suite C6, Haddonfield, NJ 08033-3341 |
| 516391389 | + | Inspira Health Network, 333 Irving Ave., Bridgeton, NJ 08302-2123 |
| 516391390 | | Inspira Medical Center Woodbury, Inc., PO Box 95000-7130, Philadelphia, PA 19195-7130 |
| 516391391 | + | Inspira Medical Group, 1120 Delsea Drive, Glassboro, NJ 08028-1444 |
| 516391393 | + | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 516821650 | + | M&T BANK, Fein Such Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 516453480 | | M&T BANK, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 517033058 | + | MTGLQ Investors, L.P., c/o Robertson, Anschutz & Schneid, P.L., Bankruptcy Department, 6409 Congress Avenue, Suite 100 Boca Raton, FL 33487-2853 |
| 518237678 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518237679 | + | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619, MTGLQ Investors, LP c/o Rushmore Loan Management Services 92619-5004 |
| 516491535 | + | Ms. Audra Fischer-Prince, c/o Jeffrey P. Fritz, Esq., Soloff & Zervanos, 457 Haddonfield Rd. - Suite 540, Cherry Hill, NJ 08002-2220 |
| 516407519 | + | NATIONSTAR MORTGAGE LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 516519434 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 516391395 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 516515359 | + | Nationstar Mortgage LLC, PO BOX 619094, Dallas, TX 75261-9094 |
| 516569207 | + | Office of the Public Defender, 25 Market Street, Trenton, NJ 08611-2148 |
| 516491536 | + | Office of the Public Defender, Lien Section, PO Box 306, Trenton, NJ 08625-0306 |
| 516391396 | | PHEAA, 1200 North Seventh Street, Harrisburg, PA 17102-1444 |
| 516436150 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 516391397 | + | Quality Asset Recovery, 7 Foster Ave. - Suite 101, Gibbsboro, NJ 08026-1191 |
| 516391398 | + | RAS Citron Law Offices, 130 Clinton Rd. - Suite 202, Fairfield, NJ 07004-2927 |
| 516391399 | + | Roi, Po Box 549, Timonium, MD 21094-0549 |
| 516391400 | + | Vineland Medical Center, 1505 Sherman Ave., Vineland, NJ 08360-7059 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

District/off: 0312-1                          User: admin                                    Page 2 of 3
Date Rcvd: Mar 17, 2021                       Form ID: plncf13                               Total Noticed: 49

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 17 2021 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 17 2021 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516418088 | Email/Text: bankruptcy@pepcoholdings.com | Mar 17 2021 21:15:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516391385 | + Email/Text: clientrep@capitalcollects.com | Mar 17 2021 21:16:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 516491533 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 17 2021 23:33:58 | Capital One, PO Box 85619, Richmond, VA 23285-5619 |
| 516570565 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 17 2021 23:43:14 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516560383 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 17 2021 21:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516391392 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 17 2021 21:16:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 516391394 | Email/Text: camanagement@mtb.com | Mar 17 2021 21:15:00 | M & T Bank, PO Box 1288, Buffalo, NY 14240 |
| 516538742 | Email/Text: camanagement@mtb.com | Mar 17 2021 21:15:00 | M&T Bank, PO Box 840, Buffalo, NY 14240-0840 |
| 516705319 | + Email/Text: bkteam@selenefinance.com | Mar 17 2021 21:14:00 | MTGLQ Investors, L.P., c/o Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042, MTGLQ Investors, L.P. 77042-4546 |
| 516705318 | + Email/Text: bkteam@selenefinance.com | Mar 17 2021 21:14:00 | MTGLQ Investors, L.P., c/o Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 516397802 | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2021 23:33:43 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | NATIONSTAR MORTGAGE LLC, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1                          User: admin                                  Page 3 of 3
Date Rcvd: Mar 17, 2021                       Form ID: plncf13                              Total Noticed: 49

Date: Mar 19, 2021                   Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor MTGLQ Investors  LP hkaplan@rasnj.com, informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Laura M. Egerman | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor MTGLQ Investors  LP bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Matthew Siti | on behalf of Creditor MTGLQ Investors  LP msiti@leopoldassociates.com, LeopoldAssociatesNJX6426@projects.filevine.com;jmilanese@leopoldassociates.com;sleopold@leopoldassociates.com |
| R. A. Lebron | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC AS ATTORNEY IN FACT FOR M&T BANK bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor M&T BANK bankruptcy@fskslaw.com |
| Steven J. Richardson | on behalf of Debtor Paul E. Prince ecf@richardsonlawoffices.com  8505@notices.nextchapterbk.com |

TOTAL: 10