Order Filed on March 10, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Jason Schwartz, Esq.<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>Attorneys for Rushmore Loan Management Services, LLC as servicer for U.S Bank Trust National Association as Trustee of Tiki Series IV Trust<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com | CASE NO.: 16-27621-JNP<br><br>CHAPTER: 13<br><br>HON. JUDGE: Jerrold N. Poslusny Jr. |
| IN RE:<br><br>Paul E. Prince<br>Debtor | |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: March 10, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Rushmore Loan Management Services, LLC as servicer for U.S Bank Trust National Association as Trustee of Tiki Series IV Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 808 Lincoln Road, Mullica Hill, NJ 08062

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit Rushmore Loan Management Services, LLC as servicer for U.S Bank Trust National Association as Trustee of Tiki Series IV Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 808 Lincoln Road, Mullica Hill, NJ 08062; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 16-27621-JNP
Paul E. Prince                                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                             User: admin                              Page 1 of 2
Date Rcvd: Mar 10, 2023                  Form ID: pdf903                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul E. Prince, 808 Lincoln Rd., Mullica Hill, NJ 08062-4506 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2023                           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Tiki Series IV Trust hkaplan@rasnj.com  kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor MTGLQ Investors  LP hkaplan@rasnj.com, kimwilson@raslg.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S Bank Trust National Association as Trustee |

Laura M. Egerman
    of Tiki Series IV Trust jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Laura M. Egerman
    on behalf of Creditor NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com

Laura M. Egerman
    on behalf of Creditor MTGLQ Investors LP bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com

Matthew Siti
    on behalf of Creditor MTGLQ Investors LP msiti@leopoldassociates.com, LeopoldAssociatesNJX6426@projects.filevine.com;jmilanese@leopoldassociates.com;sleopold@leopoldassociates.com

R. A. Lebron
    on behalf of Creditor M&T BANK bankruptcy@fskslaw.com

R. A. Lebron
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC AS ATTORNEY IN FACT FOR M&T BANK bankruptcy@fskslaw.com

Shauna M Deluca
    on behalf of Creditor Tiki Series IV Trust sdeluca@hasbanilight.com hllawpc@gmail.com

Steven J. Richardson
    on behalf of Debtor Paul E. Prince ecf@richardsonlawoffices.com 8505@notices.nextchapterbk.com

TOTAL: 13